Mary M. KING, Respondent,

v.

WASHINGTON NATIONAL INSURANCE COMPANY, Defendant,

Howard Danzig, Appellant.

No. 74045.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 6, 1998.

Rehearing Denied Nov. 25, 1998.

Howard Danzig, St. Louis, pro se.

Douglas Kevin Rush, St. Louis, for respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

### ORDER

PER CURIAM.

Howard Danzig appeals the trial court's judgment granting Plaintiff's Motion to Enforce and Compel Settlement Against Defendant Howard Danzig.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).